1   MELINDA HAAG (CABN 132612)
    United States Attorney
2   J. DOUGLAS WILSON (DCBN 412811)
    Chief, Criminal Division
3   MATTHEW J. KLUGE  (PABN 204285)         E-FILED on 7/24/2013
    Trial Attorney, Tax Division
4      11th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
     Telephone: (415) 436-7017
6      Telefax: (415) 436-7009
     E-Mail: matthew.j.kluge@usdoj.gov
7   Attorneys for Plaintiff

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE  DIVISION

11   UNITED STATES OF AMERICA,      )   No. 13-CR-181-RMW
                       )
12        Plaintiff,           )   STIPULATION TO CONTINUE
                       )   SENTENCING HEARING and
13   v.                  )   [] ORDER
                       )
14   RICHARD M. ANELLO,          )
                       )
15        Defendant.         )
                       )

16

17       Defendant Richard M. Anello entered a guilty plea before this Court on April 22, 2013.

18 The Court scheduled a sentencing hearing for July 29, 2013.  For the reasons that follow, the

19 parties now stipulate and request that this Court continue the sentencing hearing for three

20 months, to November 4, 2013.

21       The terms of Mr. Anello's plea agreement require him to cooperate with the United States

22 Attorney's Office.  Specifically, Mr. Anello is cooperating in the case United States v. Brenda

23 Kibbee, 12-00701-DLJ, which is currently pending in this district.  A further status hearing is

24 scheduled in United States v. Kibbee for August 1, 2013.  At this time, the government does not

25 know whether the case against Ms. Kibbee will proceed to trial or will result in a guilty plea.

26 Therefore, it is not known whether Mr. Anello will be called to testify in that matter as part of his

27 cooperation.   In any event, as Mr. Anello's plea agreement contemplates that his sentencing will

28 be continued until his cooperation has been completed, the parties hereby jointly request that the

1  sentencing hearing be continued from July 29, 2013 to November 4, 2013.  As the November 4,

2  2013 date approaches, if Mr. Anello's cooperation is still not completed, the parties anticipate

3  seeking a further continuance on the sentencing hearing.

4      In addition, the parties' believe that this matter has not been referred to U.S. Probation for

5  the preparation of a Presentence Investigation Report (PSR).  The parties agree that it would be

6  appropriate at this time for U.S. Probation to begin to prepare the PSR, and hereby respectfully

7  request that the Court refer this matter to U.S. Probation for the preparation of such report.

8      A proposed Order is attached.

9

10  SO STIPULATED:

11

12                                      MELINDA HAAG
                                        United States Attorney
13

14  DATED:   7/11/2013                  s/ Matthew J. Kluge
15                                      MATTHEW J. KLUGE
                                        Trial Attorney
16

17                                      Attorneys for the United States

18

19  DATED:   7/11/2013                  s/ Basil Boutris
20                                      BASIL BOUTRIS
                                        Attorney for Richard M. Anello
21

22

23

24

25

26

27

28

1   MELINDA HAAG (CABN 132612)
    United States Attorney
2   J. DOUGLAS WILSON (DCBN 412811)
    Chief, Criminal Division
3   MATTHEW J. KLUGE  (PABN 204285)
4   Trial Attorney, Tax Division
        11th Floor Federal Building
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-7017
        Telefax: (415) 436-7009
7       E-Mail: matthew.j.kluge@usdoj.gov
8   Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE  DIVISION

12

13  UNITED STATES OF AMERICA,        )      No. 13-CR-181-RMW
                                     )
14           Plaintiff,              )      ] ORDER
                                     )
15       v.                          )
                                     )
16  RICHARD M. ANELLO,               )
                                     )
17           Defendant.              )
                                     )
18  _____)

19

20          Pursuant to the parties' stipulation, and for good cause shown therein, the Court finds that

21  a continuance of the sentencing hearing in this matter is warranted.

22          IT IS ORDERED that the sentencing hearing shall be continued to November 4, 2013 at

23  9:00 a.m.

24          IT IS FURTHER ORDERED that this matter shall be referred to U.S. Probation for the

25  preparation of a Presentence Investigation Report (PSR).

26
    DATED:_____, 2013
27                                         Hon. RONALD M. WHYTE
28                                         United States District Judge

                                      3