1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
3  MATTHEW J. KLUGE  (PABN 204285)
   Trial Attorney, Tax Division
4       11th Floor Federal Building
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102
        Telephone: (415) 436-7017
6       Telefax: (415) 436-7009
        E-Mail: matthew.j.kluge@usdoj.gov
7  Attorneys for Plaintiff

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE  DIVISION

11  UNITED STATES OF AMERICA,      )    No. 13-CR-181-RMW
                                   )
12       Plaintiff,                )    STIPULATION TO CONTINUE
                                   )    SENTENCING HEARING and
13   v.                            )    [] ORDER
                                   )
14  RICHARD M. ANELLO,             )
                                   )
15       Defendant.                )
                                   )
16  _____

17       Defendant Richard M. Anello entered a guilty plea before this Court on April 22, 2013.

18  The Court scheduled a sentencing hearing for July 29, 2013, which was subsequently continued

19  to November 4, 2013.  For the reasons that follow, the parties now stipulate and request that this

20  Court continue the sentencing hearing for three months, to February 3, 2014, or a date around

21  that time that is convenient for the Court.

22       The terms of Mr. Anello's plea agreement require him to cooperate with the United States

23  Attorney's Office.  Specifically, Mr. Anello is cooperating in the case <u>United States v. Brenda</u>

24  <u>Kibbee</u>, 12-00701-DLJ, which is currently pending in this district.  A further status hearing is

25  scheduled in <u>United States v. Kibbee</u> for October 31, 2013.  At this time, the government does

26  not know whether the case against Ms. Kibbee will proceed to trial or will result in a guilty plea.

27  Therefore, it is not known whether Mr. Anello will be called to testify in that matter as part of his

28  cooperation.   In any event, as Mr. Anello's plea agreement contemplates that his sentencing will

    be continued until his cooperation has been completed, the parties hereby jointly request that the

sentencing hearing be continued from November 4, 2013 to February, 3, 2014.  As the February 3, 2014 date approaches, if Mr. Anello's cooperation is still not completed, the parties anticipate seeking a further continuance on the sentencing hearing.

A proposed Order is attached.

SO STIPULATED:

                                        MELINDA HAAG
                                        United States Attorney

DATED: 10/11/2013                s/ Matthew J. Kluge
                                        MATTHEW J. KLUGE
                                        Trial Attorney

                                        Attorneys for the United States

DATED: 10/10/2013                s/ Basil Boutris
                                        BASIL BOUTRIS
                                        Attorney for Richard M. Anello

MELINDA HAAG (CABN 132612)
United States Attorney
J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division
MATTHEW J. KLUGE  (PABN 204285)
Trial Attorney, Tax Division
    11th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7017
    Telefax: (415) 436-7009
    E-Mail: matthew.j.kluge@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 13-CR-181-RMW |
| | ) | |
| Plaintiff, | ) | [] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD M. ANELLO, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation, and for good cause shown therein, the Court finds that a continuance of the sentencing hearing in this matter is warranted.

IT IS ORDERED that the sentencing hearing, currently scheduled for November 4, 2013, is continued to February 3, 2014 at 9:00 a.m.

DATED:_____, 2013

*Ronald M. Whyte*
Hon. RONALD M. WHYTE
United States District Judge

3