VAUGHT & BOUTRIS LLP
Basil J. Boutris #122758
Jon R. Vaught #114590
Attorneys at Law
80 Swan Way, Suite 320
Oakland, CA 94621
Telephone: (510) 430-1518
Facsimile: (510) 569-4375

Attorneys for Defendant Richard M. Anello

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 13-CR-181-RMW |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| v. ) | SENTENCING HEARING |
| ) | |
| RICHARD M. ANELLO, ) | |
| ) | |
| Defendant. ) | |

    Defendant Richard M. Anello entered a guilty plea before this Court on April 22, 2013. The Court scheduled a sentencing hearing for July 29, 2013 which was subsequently continued to November 4, 2013 and subsequently continued to February 3, 2014.

    For the following reasons, the parties now stipulate and request that this court continue the sentencing hearing to April 28, 2014 at 9 a.m. or a date around that time that is convenient for the court.

    The terms of Mr. Anello's plea agreement require him to cooperate with the United States Attorney's Office and takes into account his cooperation in his final sentence. Specifically, Mr. Anello is cooperating in the case of <u>United States v. Brenda Kibbee</u>, 12-00701-DLJ, which is currently pending in this district. Ms. Kibbie recently entered a change of plea to count 1 of failing to pay an excise tax on wine.

Her sentencing is scheduled for April 17, 2014. The parties hereby jointly request that the sentencing hearing for Mr. Anello be continued from February 3, 2014 to a date proximate in time to Ms. Kibbee's sentencing hearing, or April 28, 2014.

In addition, the parties believe that the U.S. Probation Officer assigned to this case, Insa Bel Ochi, requires additional time to complete the Presentence Investigation Report (PSR).

A proposed order is attached.

SO STIPULATED:

VAUGHT & BOUTRIS LLP

Dated: January 22, 2014            /s/ Basil J. Boutris
                                   BASIL BOUTRIS
                                   Attorney for Richard M. Anello


                                   MELINDA HAAG
                                   United States Attorney


Dated: January 23, 2014            /s/ Matthew J. Kluge
                                   MATTHEW J. KLUGE
                                   Trial Attorney

                                   Attorneys for the United States

y/crim tax lit/Anello/stip to continue sentencing hearing

| | |
|---|---|
| 1 | VAUGHT & BOUTRIS LLP |
| | Basil J. Boutris #122758 |
| 2 | Jon R. Vaught #114590 |
| | Attorneys at Law |
| 3 | 80 Swan Way, Suite 320 |
| | Oakland, CA 94621 |
| 4 | Telephone: (510) 430-1518 |
| | Facsimile: (510) 569-4375 |

Attorneys for Defendant Richard M. Anello

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. 13-CR-181-RMW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER TO CONTINUE |
| v. | ) | SENTENCING HEARING |
| | ) | |
| RICHARD M. ANELLO, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Pursuant to the parties' stipulation, and for good cause shown therein, the Court finds that a continuance of the sentencing hearing in this matter is warranted.

IT IS ORDERED that the sentencing hearing, currently scheduled for February 3, 2014, is continued to April 28, 2014 at 9 a.m.

Dated: [illegible]

_/s/ Ronald M. Whyte_
Hon. Ronald M. Whyte
United States District Court Judge

y/crim tax lit/anello/order to continue sentencing hearing

1 - ORDER TO CONTINUE SENTENCING HEARING